UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUSSELL JAMES THOMPSON,

    Defendant.

Case: 4:25-cr-20847
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 11-12-2025 At 05:21 PM
SEALED MATTER (krc)

Violations:
18 U.S.C. § 922(g)(1)

# INDICTMENT

The Grand Jury Charges:

## COUNT ONE
### 18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about June 4, 2025, in the Eastern District of Michigan, the defendant, Russell James Thompson, knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Hi-Point, model C9, 9mm pistol, in violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c).

Under Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), the defendant shall forfeit to the United States of America any firearms or ammunition involved in or used in any knowing violation of the charged offense. The property identified for forfeiture includes, but is not limited to, Hi-Point, model C9, 9mm pistol bearing S/N: P10026203 and four (4) 9mm rounds of Aguila ammunition.

JEROME F. GORGON, JR.  
United States Attorney

**THIS IS A TRUE BILL.**

s/GRAND JURY FOREPERSON

s/ANTHONY P. VANCE  
ANTHONY P. VANCE  
Assistant United States Attorney  
Chief, Branch Offices

s/CHRISTOPHER W. RAWSTHORNE  
CHRISTOPHER W. RAWSTHORNE  
Assistant United States Attorney  
600 Church Street, Suite 210  
Flint, MI 48502  
Telephone number: (810) 766-5177  
christopher.rawsthorne@usdoj.gov

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes   ☑ No

Case: 4:25-cr-20847
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 11-12-2025 At 05:21 PM
SEALED MATTER (krc)

**Case Title:** USA v. RUSSELL JAMES THOMPSON

**County where offense occurred:** GENESEE

**Check One:**   ☑ Felony   ☐ Misdemeanor   ☐ Petty

  X Indictment/ ____ Information --- **no** prior complaint.
 ____ Indictment/ ____ Information --- based upon prior complaint [Case number: _____ ]
 ____ Indictment/ ____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☑ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

11/12/2025
Date

*(signature)*
Christopher W. Rawsthorne
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Christopher.Rawsthorne@usdoj.gov
P84401

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013